

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-78,277-01

### EX PARTE MATTHEW ARTHUR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 114-2515-06-A IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of injury to a child and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

Applicant contends that his guilty plea was involuntary, "timely pass for plea" procedures violate the Due Process and Equal Protection Clauses, and attorney fees were assessed even though he was found indigent.

Applicant's attorney-fee claim is dismissed. *In re Daniel*, 396 S.W.3d 545 (Tex. Crim. App. 2013). His remaining claims are denied. Accordingly, this application is dismissed in part and

denied in part.

Filed: October 7, 2015
Do not publish